No. A–322. HANKINS *v.* UNITED STATES ET AL. C. A. 5th Cir. Application for bail pending appeal, addressed to MR. JUSTICE REHNQUIST and referred to the Court, denied.

No. D–169. IN RE DISBARMENT OF CARNOW. Donald S. Carnow, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause heretofore issued on May 29, 1979 [442 U. S. 908], is hereby discharged.

No. 78–1945. UNIVERSITIES RESEARCH ASSN., INC. *v.* COUTU. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the view of the United States.

No. 78–6029. LaROCCA *v.* UNITED STATES. The order of this Court, dated October 1, 1979, *ante,* p. 820, appointing Michael A. Litman, Esquire, of Pittsburgh, Pa., as counsel for petitioner is vacated.

No. 79–5010. BIFULCO *v.* UNITED STATES. C. A. 2d Cir. [Certiorari granted, *ante,* p. 897.] Motion of Phylis Skloot Bamberger for appointment of counsel granted, and it is ordered that Steven Lloyd Barrett, Esquire, of New York, N. Y., be appointed to serve as counsel for petitioner in this case.

No. 79–394. UNITED STATES *v.* WARD, DBA L. O. WARD OIL & GAS OPERATIONS. C. A. 10th Cir. Certiorari granted.

No. 79–424. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK ET AL. *v.* TOMANIO. C. A. 2d Cir. Certiorari granted.